UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO: 8:13-cr-584-CEH-SPF

JUAN LUIS JASSO, JR.
_____

**FINAL REVOCATION HEARING**

Pursuant to the Report of Preliminary Supervised Release Revocation Hearing (Doc.265), entered March 11, 2021, by the Magistrate Judge, Defendant waived a preliminary hearing. Therefore, the **Final Revocation Hearing, previously scheduled for April 2, 2021 at 10:00 AM before the undersigned, will proceed as scheduled.**

**DONE and ORDERED** in Tampa, Florida this 29th day of March 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services